UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND


GHI ASSET (CT) LENDER, LLC

       v.                                      CA 09-219 ML

WOODLAND MANOR IMPROVEMENT
ASSOCIATION by and through
ALLAN M. SHINE, in his capacity as
Court-appointed Trustee


## ORDER

This matter is before the Court on a Report and Recommendation issued by

Magistrate Judge Martin on January 11, 2010.  None of the parties have filed any

objection and the time for doing so has passed.  The Court, therefore, adopts the

Report and Recommendation in its entirety.  Defendant's Motion to Dismiss or in the

Alternative to Stay on Grounds of Abstention is DENIED.



SO ORDERED:


_____
Mary M. Lisi
Chief United States District Judge
January   26 , 2010