UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

_____
                                   )
OHI ASSET (CT) LENDER, LLC,        )
                                   )
        Plaintiff,                 )
                                   )
    v.                             )
                                   )
ALLAN M. SHINE, in his capacity as )    C.A. 10-320 S
Trustee under the Trust Deed of the)    (consolidated)
Woodland Sewage System Trust, and  )
in his Individual Capacity, and    )
EVERGREEN ESTATES MANAGING         )
CORPORATION,                       )
                                   )
        Defendants.                )
_____)
                                   )
                                   )
OHI ASSET (CT) LENDER, LLC,        )
                                   )
        Plaintiff,                 )
                                   )
    v.                             )
                                   )
WOODLAND MANOR IMPROVEMENT         )    C.A. 09-219 S
ASSOCIATION, by and through        )
ALLAN M. SHINE, in his capacity as )
Court-appointed Trustee, and       )
ALLAN M. SHINE, in his capacity as )
Trustee under that certain Trust   )
Deed dated as of January 24, 2006, )
                                   )
        Defendants.                )
_____)

**ORDER**

Defendant has appealed Magistrate Judge David L. Martin's memorandum and order dated August 13, 2010 granting Plaintiff's motion to amend the complaint. The Court has reviewed the

parties' arguments and finds that the memorandum and order is neither clearly erroneous nor contrary to law.  <u>See</u> 28 U.S.C. § 636; Fed. R. Civ. P. 72(a).  The Defendant's appeal is therefore DENIED.  This denial is without prejudice as to any arguments the Defendants might make for dismissal and/or summary judgment with respect to the counts newly added to the complaint.

ENTER:

*/s/ William E. Smith*
William E. Smith
United States District Judge
Date:  March 16, 2011